Commonwealth *v.* Schiding, Appellant.

Argued March 17, 1970. *John R. Gailey,*

*Jr.,* with him *Donn I. Cohen,* and *Liverant, Senft and Cohen,* for appellant; *Oscar F. Spicer,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., dissents.